**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EDWARD SCOTT, Individually and on Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 20-254 ("Scott I") |
| UNION RAILROAD COMPANY, LLC, TRANSTAR, LLC, and UNITED STATES STEEL CORPORATION, ) ) ) ) | |
| Defendants. ) | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EDWARD SCOTT, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 20-1767 ("Scott II") |
| UNITED STATES STEEL CORPORATION, UNION RAILROAD COMPANY, and TRANSTAR, LLC, ) ) ) ) | |
| Defendants. ) | |

## **JUDGMENT**

AND NOW, the Court having granted the Motions to Dismiss filed by Defendants in Civil Action No. 20-254 and Civil Action 20-1767 pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1), and having dismissed Plaintiff's operative complaints with prejudice,

IT IS HEREBY ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Dated:  June 2, 2023                               <u>*s/ W. Scott Hardy*</u>
                                                   W. Scott Hardy
                                                   United States District Judge

cc/ecf:  All counsel of record